*curiae* out of time denied. Certiorari denied.

No. 10–7768. KING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8114. TENORE *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–8497. RUTHERFORD *v.* UNITED STATES DISTRICT COURTS ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 10–8660. BALDWIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–8717. EDWARDS *v.* SNIEZEK, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8730. LETO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–10810. HALL *v.* BOATWRIGHT, WARDEN, *ante*, p. 853;
No. 10–573. SHEPHERD MONTESSORI CENTER MILAN *v.* ANN ARBOR CHARTER TOWNSHIP ET AL., *ante*, p. 1137;
No. 10–583. AYANBADEJO ET UX. *v.* NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL., *ante*, p. 1138;
No. 10–628. O'CONNOR *v.* COLORADO COLLEGE ET AL., *ante*, p. 1139;
No. 10–642. KONE *v.* VIRGINIA DEPARTMENT OF STATE POLICE, *ante*, p. 1139;
No. 10–5267. CRUZ GONZALEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 912;

No. 10–5767. BEY v. UNITED STATES, *ante*, p. 1092;

No. 10–5788. HUDSON v. UNITED STATES, *ante*, p. 937;

No. 10–6138. HARRIS v. MICHIGAN, *ante*, p. 1010;

No. 10–6156. HOLMES v. BROWN, WARDEN, ET AL., *ante*, p. 1010;

No. 10–6165. HERRERA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1011;

No. 10–6208. STONE v. ELOHIM, INC., *ante*, p. 1111;

No. 10–6493. HINKLE v. TEXAS, *ante*, p. 1049;

No. 10–6829. BLACK v. SADLER, *ante*, p. 1094;

No. 10–6907. IFENATUORAH v. HOLDER, ATTORNEY GENERAL, *ante*, p. 1094;

No. 10–6966. WILLIAMS v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL., *ante*, p. 1143;

No. 10–7122. FORE v. LAKESIDE BUSES OF WISCONSIN, INC., *ante*, p. 1145;

No. 10–7174. BOURGEOIS v. BERGERON, WARDEN, *ante*, p. 1147;

No. 10–7177. MILTON v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1147;

No. 10–7184. RICHARDSON v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL., *ante*, p. 1147;

No. 10–7290. IN RE CAGE, *ante*, p. 1059;

No. 10–7374. BROWN v. CLARK, WARDEN, *ante*, p. 1152;

No. 10–7386. ASTROP v. ECKERD CORP. ET AL., *ante*, p. 1152;

No. 10–7662. JARVIS v. MARYLAND, *ante*, p. 1203;

No. 10–7663. JARVIS v. MONTGOMERY COUNTY, MARYLAND, *ante*, p. 1203; and

No. 10–7866. COX v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1190. Petitions for rehearing denied.

MARCH 4, 2011

No. 10–114. FOX v. VICE, CHIEF OF POLICE, TOWN OF VINTON, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1002.] The parties are directed to file letter briefs addressing the effect on this proceeding of the death of respondent Billy Ray Vice and the failure to substitute an authorized representative of Vice as a party under this Court's Rule 35.1. To the extent there are claims against Vice in his official capacity, the parties are further